FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 24 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

FILED
MAR 26 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Mar 24, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 09, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DELTA/AIRTRAN BAGGAGE
FEE ANTITRUST LITIGATION
    Dennis Patrick v. Delta Airlines, Inc., et al.,
        N.D. California, C.A. No. 4:10-530

MDL No. 2089

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 6, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1362 (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Timothy C. Batten, Sr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Batten.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Timothy C. Batten, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 24, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
(illegible)

MAR 24 2010

By: James _____, Clerk
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | David G. Trager<br>United States District Court<br>Eastern District of New York | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

March 24, 2010

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 2089 -- IN RE: Delta/AirTran Baggage Fee Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 9, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Darion Payne_
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:     Judge Timothy C. Batten, Sr.

JPML Form 36A

IN RE: DELTA/AIRTRAN BAGGAGE  
FEE ANTITRUST LITIGATION    MDL No. 2089

## PANEL SERVICE LIST (CTO-1)

Donald Chidi Amamgbo  
AMAMGBO & ASSOCIATES PLC  
7901 Oakport Street  
Suite 4900  
Oakland, CA 94621

Eric L. Cramer  
BERGER & MONTAGUE PC  
1622 Locust Street  
Philadelphia, PA 19103

Jesse A. Davis, III  
BROGDON DAVIS & ADAMS LLC  
150 East Ponce De Leon Avenue  
Suite 320  
Decatur, GA 30030

Mark S. Goldman  
GOLDMAN SCARLATO & KARON PC  
101 W. Elm Street  
Suite 360  
Conshohocken, PA 19428

Robert N. Kaplan  
KAPLAN FOX & KILSHEIMER LLP  
850 Third Avenue  
14th Floor  
New York, NY 10022

Daniel A. Kotchen  
KOTCHEN & LOW LLP  
2300 M Street  
Suite 800  
Washington, DC 20037

David W. Mitchell  
COUGHLIN STOIA GELLER RUDMAN  
& ROBBINS LLP  
655 West Broadway  
Suite 1900  
San Diego, CA 92101

Michael S. Mitchell  
BOIES SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, N.W.  
Suite 800  
Washington, DC 20015

Thomas W. Rhodes  
SMITH GAMBRELL & RUSSELL LLP  
3100 Promenade II  
1230 Peachtree Street, NE  
Atlanta, GA 30309-3592

Hollis L. Salzman  
LABATON SUCHAROW LLP  
140 Broadway  
33rd Floor  
New York, NY 10005

Reginald Von Terrell  
TERRELL LAW GROUP  
Post Office Box 13315 PMG #148  
Oakland, CA 94661

Richard M. Volin  
FINKELSTEIN THOMPSON LLP  
1050 30th Street, NW  
Washington, DC 20007

Kendall S. Zylstra  
FARUQI & FARUQI LLP  
2600 Philmont Avenue  
Suite 324  
Huntingdon Valley, PA 19006